# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| GREG GREEN, | ) | |
| Petitioner, | ) | CASE NO.   C04-2129-RSL-MJB |
| v. | ) | |
| SHERRY HARTFORD, | ) | ORDER DENYING § 2254 PETITION |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #4) is DENIED with prejudice.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 24th day of October, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge